UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-M-1295

UNITED STATES OF AMERICA )
                         )
        v.               )        ORDER
                         )
CAROLE LEEANNE BRUCKBAUER )

The Government's motion is hereby granted. The case is dismissed.

April 10, 2012
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE